[No. 19785-1-I. Division One. December 23, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL ROY BOLT, *Appellant.*

Appeal from a judgment of the Superior Court for King

County, No. 86–8–01485–8, Norman W. Quinn, J., entered January 8, 1987. *Reversed* and *dismissed* by unpublished per curiam opinion.